**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wish Wash 7 LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-5080447** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5555 S University Dr** <br> **Davie, FL 33328-5307** <br> Number, Street, City, State & ZIP Code | **7000 Central Pkwy** <br> **Ste 1100** <br> **Atlanta, GA 30328-4592** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** |
| | **5555 S University Dr Davie, FL 33328-5307** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Wish Wash 7 LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
‾‾‾‾

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Wish Wash 7 LLC**                                         Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**                    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  **Wish Wash 7 LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Wish Wash 7 LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 13, 2021**
                MM / DD / YYYY

X **/s/ Irfan Mandani**                                   **Irfan Mandani**
Signature of authorized representative of debtor          Printed name

Title     **Manager**

**18. Signature of attorney**

X **/s/ Stephen Orchard**                      Date **October 13, 2021**
Signature of attorney for debtor                    MM / DD / YYYY

**Stephen Orchard**
Printed name

**Law Offices of Stephen Orchard**
Firm name

**2255 Glades Rd Ste 324A**
**Boca Raton, FL 33431-8571**
Number, Street, City, State & ZIP Code

Contact phone     **(561) 455-7961**     Email address     **sporchard@orchardlaw.com**

**580724**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Wish Wash 7 LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 13, 2021**          X **/s/ Irfan Mandani**
                                             Signature of individual signing on behalf of debtor

                                             **Irfan Mandani**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wish Wash 7 LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property               12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$2,692.29** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **0536** | **$2,009.77** |
| 3.2. | **Bank of America** | **Savings** | **7777** | **$5.51** |
| 3.3. | **Centennial Bank** | **Checking** | **8443** | **$5.62** |
| 3.4. | **Centennital Bank** | **Mortgage Escrow Account (Taxes & Ins.)** | | **$51,454.86** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**            $56,168.05
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor  **Wish Wash 7 LLC**_____  Case number *(If known)* _____
        Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  | 2,073.44 | - | 0.00 | = .... | $2,073.44 |
                          | face amount | | doubtful or uncollectible accounts | |

11a. 90 days old or less:  | 1,134.02 | - | 0.00 | = .... | $1,134.02 |
                          | face amount | | doubtful or uncollectible accounts | |

11b. Over 90 days old:  | 5,971.24 | - | 0.00 | =.... | $5,971.24 |
                       | face amount | | doubtful or uncollectible accounts | |

12.  **Total of Part 3.**                                                      | $9,178.70 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Store Inventory - Lobby Supplies and Product Inventory** | | $3,000.00 | | $3,000.00 |
| | **Chemical Inventory** | | $7,000.00 | | $7,000.00 |
| | **Parts and Supplies** | | $5,000.00 | | $5,000.00 |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 2

Debtor    **Wish Wash 7 LLC**                                    Case number *(If known)* _____
Name

23. **Total of Part 5.**                                                                $15,000.00

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|------------------------------------------------------------------------------------|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>Lobby Furniture and Fixtures | $10,000.00 | | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Lobby and Office Equipment | $10,000.00 | | $10,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                $20,000.00

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    **Wish Wash 7 LLC**                                          Case number *(If known)* _____
          Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Car Wash and Tunnel Mechanical Equipment** | **$80,000.00** | | **$80,000.00** |

**51.** **Total of Part 8.**                                                        **$80,000.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** **5555 S University Dr, Davie, FL 33328-5307** | **Fee Simple** | **$1,534,210.00** | **Broward County P** | **$1,534,210.00** |

**56.** **Total of Part 9.**                                                        **$1,534,210.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 4

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    **Wish Wash 7 LLC**                                    Case number *(If known)* _____
              Name

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    **Wish Wash 7 LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $56,168.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,178.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................> | | $1,534,210.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $180,346.75 | + 91b. $1,534,210.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,714,556.75 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 6

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Wish Wash 7 LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | | | |
|---|---|---|---|
| **Centennial Bank** | Describe debtor's property that is subject to a lien | $1,768,065.54 | $1,534,210.00 |
| Creditor's Name | **5555 S University Dr, Davie, FL 33328-5307** | | |
| **620 Chestnut St** | | | |
| **Conway, AR 72032-5404** | Describe the lien | | |
| Creditor's mailing address | | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **7/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **0004** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| ■ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| 2.2 | | | |
|---|---|---|---|
| **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $119,713.19 |
| Creditor's Name | **Bank of America** | | |
| **2 North St Ste 320** | | | |
| **Birmingham, AL 35201** | Describe the lien | | |
| Creditor's mailing address | **Economic Impact Disaster Loan** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **05/05/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **7405** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| | Check all that apply | | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    **Wish Wash 7 LLC**
_____    Case number (if known)    _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,918,065.5**
**4**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Wish Wash 7 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AFCO Insurance Premium Finance**<br><br>**310 Grant St Ste 1600**<br>**Pittsburgh, PA 15219-2318**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br><br>**PO Box 1270**<br>**Newark, NJ 07101-1270**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** _1007_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,394.17** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Budget Air Compressor**<br><br>**PO Box 212394**<br>**Royal Palm Beach, FL 33421**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Car Wash Services of South Florida**<br><br>**3141 NE 11th Ter**<br>**Pompano Beach, FL 33064-6347**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Debtor   **Wish Wash 7 LLC**
_____     Case number (if known) _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cintas**

**3050 SW 42nd St**
**Fort Lauderdale, FL 33312-6803**

Date(s) debt was incurred _

Last 4 digits of account number  **3644**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $234.87 |
|---|---|---|---|

**Comcast Business**

**PO Box 71211**
**Charlotte, NC 28272-1211**

Date(s) debt was incurred _

Last 4 digits of account number  **3922**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $155,026.33 |
|---|---|---|---|

**Davie Square, LLC**

**1645 SE 3rd Ct Ste 200**
**Deerfield Beach, FL 33441-4465**

Date(s) debt was incurred  **7/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Easement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Deconna Ice Cream**

**6300 W Highway 318**
**Reddick, FL 32686-2334**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Fire Recovery USA**

**PO BOX 935667**
**Atlanta, GA 31193-5667**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Florida Freshener**

**8140 NW 74th Ave Unit 20**
**Medley, FL 33166-7455**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $1,359.59 |
|---|---|---|---|

**FPL**

**General Mail Facility**
**Miami, FL 33101-0001**

Date(s) debt was incurred _

Last 4 digits of account number  **4347**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor  **Wish Wash 7 LLC**
Name

Case number (if known)

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Impulse VIP**

**8300 Eleuthera Ln**
**Wellington, FL 33414-6413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Madril Insurance**

**1259 W Nine Mile Rd**
**Pensacola, FL 32534-1668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,026.69 |

**Nuruddin Mandani**

**5555 S University Dr**
**Davie, FL 33328-5307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ole Construction**

**12940 Express Ct Ste 5**
**Fort Myers, FL 33913-8658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |

**Orkin**

**3540 NW 56th St Ste 208**
**Fort Lauderdale, FL 33309-2260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,053.48 |

**Petro Choice**

**PO Box 829604**
**Philadelphia, PA 19182-96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **6540**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,987.18 |

**Premier Car Wash Services and Chemicals**

**2842 Country Rd 523 C01-02**
**Coleman, FL 33521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Wish Wash 7 LLC**                                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Simoniz**<br><br>**201 Boston Tpke**<br>**Bolton, CT 06043-7203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **0288** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Smarmat Corp.**<br><br>**250 NE 105th St**<br>**Miami Shores, FL 33138-2020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$950.00** |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Sonny's**<br><br>**5605 Hiatus Rd**<br>**Tamarac, FL 33321-6408**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **2286** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,500.78** |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**State Alarm, inc.**<br><br>**5956 Market St**<br>**Youngstown, OH 44512-2916**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **6418** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Town of Davie**<br><br>**6591 Orange Dr**<br>**Davie, FL 33314-3348**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **0006** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,001.84** |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Turnkey Car Wash Maintenance**<br><br>**5695 Pebble Brook Ln**<br>**Boynton Beach, FL 33472-2451**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$478.75** |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Universal Environmental Services**<br><br>**411 Dividend Dr**<br>**Peachtree City, GA 30269-1940**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **S555** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor  **Wish Wash 7 LLC**                                              Case number (if known) _____
        Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Valpak of Fort Lauderdale**

PO Box 936531
Atlanta, GA 31193-5311

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8279**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ward Damon**

4420 Beacon Cir Ste 100
West Palm Beach, FL 33407-3281

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |

**Waste Management of Florida**

PO Box 42930
Phoenix, AZ 85080-2930

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3002**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,975.61 |

**Wish Wash 2, LLC**

7000 Central Pkwy Ste 1100
Atlanta, GA 30328-4592

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,900.00 |

**Wish Wash 5, LLC**

7000 Central Pkwy Ste 1100
Atlanta, GA 30328-4592

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,981.52 |

**Wish Wash 6, LLC**

1480 N Powerline Rd
Pompano Beach, FL 33069-1917

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor  __**Wish Wash 7 LLC**_____     Case number (If known) _____
        Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Black, Srebnick, Kornspan & Stumpf, P.A.**<br>**1 Town Center Rd Ste 201**<br>**Boca Raton, FL 33486-1014** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 **Davie Square Associates, Ltd.**<br>**C/O Southeast Property Associates, Inc.**<br>**1645 SE 3rd Ct Ste 200**<br>**Deerfield Beach, FL 33441-4465** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 **GP Davie, Inc.**<br>**C/O Southeast Property Associates, Inc.**<br>**1645 SE 3rd Ct Ste 200**<br>**Deerfield Beach, FL 33441-4465** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 **Lloyd Granet, P.A.**<br>**2295 NW Corporate Blvd Ste 235**<br>**Boca Raton, FL 33431-7330** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 303,510.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 303,510.81 |

| **Fill in this information to identify the case:** |
| --- |
| Debtor name     **Wish Wash 7 LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Wish Wash 7 LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name **Wish Wash 7 LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $   **1,534,210.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $   **180,346.75**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................  $   **1,714,556.75**

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................  $   **1,918,065.54**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$   **303,510.81**

4.  **Total liabilities** ...........................................................................
   Lines 2 + 3a + 3b                                            $   **2,221,576.35**