# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re  **Wish Wash 7 LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Irfan Mandani**<br>**5555 S University Dr**<br>**Davie, FL 33328-5307** | **Common Stockholder** | 33.333333 | |
| **Khairunissa Mandani**<br>**5555 S University Dr**<br>**Davie, FL 33328-5307** | **Common Stockholder** | 33.333333 | |
| **Nuruddin Mandani**<br>**5555 S University Dr**<br>**Davie, FL 33328-5307** | **Common Stockholder** | 33.333333 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 13, 2021**

Signature  **/s/ Irfan Mandani**  
**Irfan Mandani**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.