UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDAL DIVISION

IN RE:  WISH WASH 7, LLC,

                                                             Case No.  21-19897-SMG

           Debtor.                                 Chapter   11

_____

### EMMANUEL, SHEPPARD, & CONDON, P.A.'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FOR AND ON BEHALF OF CENTENNIAL BANK

**PLEASE TAKE NOTICE** that Sally Bussell Fox, Esquire hereby enters her appearance as counsel of record for Centennial Bank, a creditor in the above-referenced matter. In accordance with Bankruptcy Rule 9010(b), it is requested that copies of any and all further papers or documents of any kind or nature filed in this proceeding, whether by the Court, the Debtor, or any other party, be serviced upon said counsel.  Additionally, it is respectfully requested that pursuant to Rule 2002 the following be added to the Court's mailing matrix:

SALLY BUSSELL FOX
Esquire of Emmanuel, Sheppard and Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
sfox@esclaw.com

and

Rachel Miller
Emmanuel, Sheppard and Condon, P.A.
30 South Spring Street, Pensacola, FL  32502
rmiller@esclaw.com

EMMANUEL, SHEPPARD & CONDON, P.A.

***/s/ Sally B. Fox***
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
30 South Spring Street
Pensacola, FL  32502
Phone: (850) 433-6581
Facsimile: (850) 434-7163
sfox@esclaw.com
Attorney for Centennial Bank

SERVED VIA ECF TO:

- **Soneet Kapila**    trustee@kapilaco.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Stephen P Orchard**    sporchard@orchardlaw.com
- **Ariel Rodriguez**    ariel.rodriguez@usdoj.gov
- **Aaron A Wernick**    awernick@wernicklaw.com